THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 

v.

 
 
 
 
 Seth Aaron
 Stearns, Appellant.
 
 

Appeal From Greenville County
 Alexander S. Macaulay, Circuit Court
Judge

 Unpublished Opinion No. 2010-UP-167
 Submitted January 4, 2010  Filed March 1,
 2010   

APPEAL DISMISSED

 
 
 
 
 
 Appellate Defender Robert M. Pachak, of
 Columbia, for Appellant.
 
 Attorney General Henry Dargan McMaster, Chief
 Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General
 Salley W. Elliott, all of Columbia; Solicitor Robert Mills Ariail, of Greenville,
 for Respondent.
 
 
 
 
PER CURIAM: Seth Aaron Stearns was convicted of trafficking
 in methamphetamine by conspiracy in an amount over 400 grams.  Stearns appeals
 arguing the trial court erred in charging the jury that the testimony of an
 accomplice need not be corroborated.  After a thorough review of the record and
 counsel's brief pursuant to Anders v. California, 386 U.S. 738 (1967),
 and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss
 Stearn's appeal and grant counsel's motion to be relieved.[1]  
APPEAL
 DISMISSED.
WILLIAMS,
 PIEPER, and LOCKEMY, JJ., concur.  

[1] We decide this case without oral argument
 pursuant to Rule 215, SCACR.